

Beth L. Kaufman
646-723-1039 direct
bkaufman@schoeman.com

January 25, 2023

**BY ECF**

Hon. Hector Gonzalez
United States District Judge
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Maria Iskhakova v. Gudrun Sjödén US Inc.*
            Civil Action No. 22-cv-04219

Dear Judge Gonzalez:

    We represent defendant Gudrun Sjödén US Inc. in this ADA website accessibility case. The parties have agreed to settle and dismiss this action, subject to entry of a Consent Decree acceptable to the parties and the Court.

    To that end, we have attached a standard-form Consent Decree, which both parties and their respective counsel have signed. The parties jointly request that, if the Court finds the documents to be in good order, the Court so-order the Consent Decree, whereupon this action may be dismissed with prejudice.

    Should the Court have any questions, we are happy to address those by phone or in-person, as the Court prefers.

                               Respectfully yours,

                               Beth L. Kaufman

cc:  Mark Rozenberg, Esq. *(via ECF)*